Opinion of the Court.

## WILLIAM R. CASTLE, LORRIN A. THURSTON AND ALFRED L. CASTLE, TRUSTEES UNDER THE WILL OF JAMES B. CASTLE, DECEASED, *v.* HARRY IRWIN, ATTORNEY GENERAL OF THE TERRITORY OF HAWAII, TITUS M. COAN OF NEW YORK, STATE OF NEW YORK, AND HAROLD K. L. CASTLE.

### No. 1303.

PETITION FOR REHEARING.

FILED MARCH 2, 1921.                    DECIDED MARCH 11, 1921.

COKE, C. J., KEMP AND EDINGS, JJ.

*Per curiam:* The respondent Titus M. Coan has interposed a motion for a rehearing in which he reiterates the same grounds contained in a like petition filed by the trustees. All of these questions have been disposed of in our opinion on the petition of the trustees. See ante p. 807. Coan claims to be aggrieved because of our refusal to permit the trustees to come to this court on his appeal. This refusal does not affect nor concern him and lays no foundation for granting him a rehearing. He had a full hearing in this court and while his actual interest in the subject-matter of the controversy is of the most trivial character yet we assumed jurisdiction and after considering the merits of his appeal directed an affirmance of the decree of the court below. He is entitled to nothing more.

Petition denied.

*Marguerite K. Ashford* for the petition.